UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VUGO INC.,

               Plaintiff,

        v.

CITY OF NEW YORK,

               Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-1-20

15-CV-8253 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 22, 2018, this Court granted summary judgment in this matter. Dkt. 63. On July 12, 2018, this Court approved a settlement concerning payment of Plaintiff's attorneys' fees. Dkt. 75. The Court then maintained jurisdiction to enforce the terms of the agreement. On September 30, 2019, the Court of Appeals for the Second Circuit reversed this Court's decision. Dkt. 77. The parties are hereby ordered to submit a joint letter no later than October 9, 2020 informing the Court whether this case may be closed.

SO ORDERED.

Dated:    October 1, 2020
              New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge